1  YAAKOV M. ROTH
   Acting Assistant Attorney General
2  Civil Division

3  LAUREN E. FASCETT
   Senior Litigation Counsel
4

5  MARY L. LARAKERS
   Senior Litigation Counsel
6  U.S. Department of Justice
   Civil Division
7  Office of Immigration Litigation
   P.O. Box 868, Ben Franklin Station
8  Washington, D.C. 20044
   Telephone: (202) 353-4419
9  Email: mary.l.larakers@usdoj.gov

10

11 *Counsel for Defendants*

              **UNITED STATES DISTRICT COURT**

12                **DISTRICT OF NEVADA**

13

14     Ana Gloria Felix,                  | Case No. 2:24-cv-00812-JCM-DJA

15          Plaintiff,                     | Honorable James C. Mahan

16   v.                                    | **ORDER** **RE:**
                                           | **DEFENDANTS' UNOPPOSED MOTION**
17                                         | **TO EXTEND TIME TO ANSWER**
     United States Department of State, *et al.*, | **COMPLAINT (First Request)**
18

19          Defendants.

20

21

22

23

24

25

26

27

28

Defendants hereby move for a thirty-day extension of time to answer the complaint (ECF No. 1) until April 9, 2025. This is Defendants' first request for an extension of time to answer to the complaint. The current answer filing deadline is March 10, 2025 – fourteen days after this Court denied Defendants' motion to dismiss. *See* Fed. R. Civ. P. 12(a)(4)(A). The requested extension of time is for good cause and based on the following:

1. Plaintiff brings this action seeking to compel the Department of State (DOS) to reissue a decision on her son's visa application that a consular officer previously refused under the Immigration and Nationality Act ("INA") § 221(g), 8 U.S.C. § 1201(g). ECF No. 1, Compl. ¶ 2.

2. On July 1, 2024, Defendants moved to dismiss Plaintiff's complaint (ECF No. 14), and this Court denied Defendants' motion on February 24, 2025 (ECF No. 19).

3. The parties have discussed whether DOS may, in the near future, re-adjudicate the visa at issue in this case and therefore resolve this case without further litigation. Defendants would like more time to explore whether this is possible.

4. Plaintiff, through counsel, indicated that she does not oppose this motion for an extension of time. To that end, Defendants request an additional thirty days to answer the complaint, until April 9, 2025.


YAAKOV M. ROTH
Acting Assistant Attorney General, Civil Division

LAUREN E. FASCETT
Senior Litigation Counsel

By: /s/ *Mary L. Larakers*
MARY L. LARAKERS
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-4419

1

1

Fax: (202) 305-7000
Mary.l.larakers@usdoj.gov

2

3

4

5

**ORDER**

6

IT IS SO ORDERED that Defendant's unopposed motion to extend time to answer complaint

7

(ECF No. 22) is GRANTED.  Defendant shall have until April 9, 2025 to respond to the

complaint.

8

9

DATED: 3/6/2025

10

_____
DANIEL J. ALBREGTS

11

UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2