YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

LAUREN E. FASCETT
Senior Litigation Counsel

MARY L. LARAKERS
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-4419
Email: mary.l.larakers@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ana Gloria Felix, | Case No. 2:24-cv-00812-JCM-DJA |
| Plaintiff, | Honorable James C. Mahan |
| v. | **DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO ANSWER COMPLAINT (Second Request)** |
| United States Department of State, *et al.*, | |
| Defendants. | |

Defendants hereby move for a thirty-day extension of time to answer the complaint (ECF No. 1) until May 9, 2025. This is Defendants' second request for an extension of time to answer to the complaint. The current answer filing deadline is April 9, 2025. The requested extension of time is for good cause and based on the following:

1. Plaintiff brings this action seeking to compel the Department of State (DOS) to reissue a decision on her son's visa application that a consular officer previously refused under the Immigration and Nationality Act ("INA") § 221(g), 8 U.S.C. § 1201(g). ECF No. 1, Compl. ¶ 2.

2. On July 1, 2024, Defendants moved to dismiss Plaintiff's complaint (ECF No. 14), and this Court denied Defendants' motion on February 24, 2025 (ECF No. 19).

3. The administrative processes which had been the ongoing and which were the subject of this litigation are now complete and Plaintiff's son is working to submit additional required information to DOS to assist with the adjudication of his visa. Accordingly, this action may soon become moot.

4. Plaintiff, through counsel, indicated that she does not oppose this motion for an extension of time. To that end, Defendants request an additional thirty days to answer the complaint, until May 9, 2025.

YAAKOV M. ROTH
Acting Assistant Attorney General, Civil Division

LAUREN E. FASCETT
Senior Litigation Counsel

By: /s/ *Mary L. Larakers*
MARY L. LARAKERS
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

1

Tel: (202) 353-4419
Fax: (202) 305-7000
Mary.l.larakers@usdoj.gov

**IT IS SO ORDERED** that Defendants' unopposed motion to extend time to answer complaint (ECF No. 25) is GRANTED.  Defendants shall have until **May 9, 2025** within which to respond to the complaint.

DATED: 4/8/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2